UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,

Plaintiff,

v.

Case No. 04-75001
District Judge Paul D. Borman
Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

Defendants.
_______________________________________/

**ORDER DISMISSING DEFENDANT'S MOTION**

Upon receiving a written request by Defendant withdrawing the Motion to Compel Answers to Interrogatories (filed 6/28/05) [docket # 23] and the same having been filed with the Court on November 22 2005, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Answers to Interrogatories [filed 6/28/05] [document #23] is hereby dismissed without prejudice.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 22, 2005.

s/Gina Wilson
Judicial Assistant