UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,   Case No. 04-75001

    Plaintiff,

v.   District Judge Paul D. Borman
    Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

    Defendants.

_____/

**ORDER**

    Before the Court is Plaintiff's Motion to Amend Complaint [Docket #53], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons stated on the record on March 7, 2006, Plaintiff's motion is GRANTED.

    SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 8, 2006.

        S/Gina Wilson
        Judicial Assistant