UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,  Case No. 04-75001

    Plaintiff,

v.  District Judge Paul D. Borman
    Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO AMEND

For the reasons and under the terms stated on the record on December 5, 2006, Plaintiff's Motion to Amend and File Second Amended Complaint [Docket #138] is hereby GRANTED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 5, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 5, 2006.

S/Gina Wilson
Judicial Assistant