UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,            Case No. 04-75001

    Plaintiff,

v.            District Judge Paul D. Borman
           Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

    Defendants.

_____/

**ORDER**

For the reasons and under the terms stated on the record on May 9, 2007, Defendant Renella Thomas' Motion for Leave to File Amended Witness List [Docket #235] is hereby GRANTED.

SO ORDERED.

           S/R. Steven Whalen
           R. STEVEN WHALEN
           UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 9, 2007.

           S/Gina Wilson
           Judicial Assistant