UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,  Case No. 04-75001

    Plaintiff,

v.  District Judge Paul D. Borman
    Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

    Defendants.

_____/

**ORDER**

For the reasons and under the terms stated on the record on May 9, 2007, Defendants' Motion to Compel the Production of Dates for the Depositions of Plaintiff's Experts [Docket #238] is DENIED.

    SO ORDERED.

                                    S/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 9, 2007.

                                    s/Gina Wilson
                                    Judicial Assistant