UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,                                               Case No. 04-75001

           Plaintiff,

v.                                                        District Judge Paul D. Borman
                                                           Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

           Defendants.

_____/

**ORDER**

For the reasons and under the terms stated on the record on May 9, 2007, Plaintiff's Emergency Motion to Quash Subpoenas/Discovery and Enter Sanctions [Docket #243] is GRANTED, as follows:

    1. The subpoenas, including document subpoenas, directed to Timothy Howes, Wayne Memorial High School, Henry Ford Community College and Yaldo Eye Center F/K/A Eyeglass Factory, are quashed, and shall be of no effect.

    2. Any other subpoenas and discovery requests by the Wayne County Defendants shall be stayed until the depositions of Defendants Hill, Vaughn and Williams have been taken, as set forth in this Court's order of March 27, 2007.

    3. Plaintiff's request for sanctions is denied.

SO ORDERED.

                                      S/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 9, 2007.

                                      S/Gina Wilson
                                      Judicial Assistant