UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,                                Case No. 04-75001

        Plaintiff,

v.                                      District Judge Paul D. Borman
                                         Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

        Defendants.

_____/

**ORDER DISMISSING MOTION FOR DEFAULT JUDGMENT**

Plaintiff having withdrawn the Emergency Motion for Entry of Default Judgment [Docket #244] on the record on May 9, 2007,

IT IS HEREBY ORDERED that said Motion be DISMISSED.

                                                 S/R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 9, 2007.

                                                 s/Gina Wilson
                                                 Judicial Assistant