UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,                               Case No. 04-75001

       Plaintiff,

v.                                         District Judge Paul D. Borman
                                           Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

       Defendants.

_____/

**ORDER REGARDING EXPERT DEPOSITIONS**

For the reasons and under the terms stated on the record on June 20, 2007, Defendants' Motion to Compel Production of Dates for Depositions of Plaintiff's Experts [Docket #268] is GRANTED.

Plaintiff's Motion for Protective Order [Docket #262] is DENIED.

All expert depositions shall be completed by September 12, 2007. Plaintiff's experts shall be deposed first.

Plaintiff's request for costs and attorney fees incurred as the result of Defendant Wayne County's obstructionist actions is GRANTED. Defendant Wayne County shall, within 21 days of the date of this Order, remit to Plaintiff's attorney the sum of $10,000.00 (ten-thousand dollars) as attorney fees and costs.

SO ORDERED.

S/R. Steven Whalen  
R. STEVEN WHALEN  
UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 20, 2007.

S/Gina Wilson  
Judicial Assistant