UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL,                          Case No. 04-75001

       Plaintiff,

v.                                  District Judge Paul D. Borman
                                    Magistrate Judge R. Steven Whalen

CITY OF WESTLAND, et al.,

       Defendants.

_____/

## **ORDER**

      For the reasons and under the terms stated on the record on July 9, 2007, Defendants' Motion for Protective Order [Docket #263] is GRANTED.

      SO ORDERED.

                                       S/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 9, 2007.

                                       S/Gina Wilson
                                       Judicial Assistant