# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KELLI BERTL, Personal Representative
of the Estate of LARRY BERTL,

        CASE NO. 04-CV-75001

    Plaintiff,

        PAUL D. BORMAN
-vs-        UNITED STATES DISTRICT JUDGE

CITY OF WESTLAND, et al.,        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

    Defendants.
_____/

## ORDER GRANTING DEFENDANT WAYNE COUNTY'S
## MOTION TO STAY OF ENFORCEMENT OF A PORTION OF
## THE MAGISTRATE JUDGE'S JUNE 20, 2007 ORDER

      Before the Court is Defendant Wayne County's ("Defendant") July 2, 2007 Motion for Stay of Enforcement of a Portion of Magistrate Judge's Order of June 20, 2007. (Doc. No. 295). Plaintiff Kelli Bertl filed a Response on July 6, 2007. Defendant requests that the Court stay the portion of the Magistrate Judge's Order awarding $10,000 in costs and fees to Plaintiff until Defendant's Objections to that Order can be resolved by this Court. Having considered the entire record, the Court **GRANTS** Defendant's Motion and **STAYS** that portion of the Magistrate Judge's Order until such time as Defendant's Objections are resolved.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: July 11, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 11, 2007.

                                                s/Denise Goodine
                                                Case Manager