# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KELLI BERTL, Personal Rep of the Estate
of LARRY BERTL,

        Plaintiff(s),

v.

CITY OF WESTLAND et al.,,

        Defendant(s),
_____/

Case Number: 04-75001

Honorable Paul D. Borman

Magistrate Judge R. Steven Whalen

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge R. Steven Whalen for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
DEFENDANTS' RENEWED EMERGENCY MOTION TO COMPEL
PRODUCTION OF DATES FOR DEPOSITIONS OF PLAINTIFFS'
EXPERTS, filed 6/7/07

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: June 13, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 13, 2007.

        s/Denise Goodine
        Case Manager