UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI BERTL, Personal Representative
of the Estate of LARRY BERTL,

        CASE NO. 04-CV-75001

    Plaintiff,

        PAUL D. BORMAN
-vs-        UNITED STATES DISTRICT JUDGE

CITY OF WESTLAND, et al.,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE BRIEF TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendants' (Vaughn, Hill, and Williams) October 18, 2007 Motion to Strike Plaintiff's September 21, 2007 Response Brief to Defendants' Motion for Summary Judgment. (Doc. No. 346). Defendants contend that the Court should strike Plaintiff's Response for being filed one (1) day after this Court's scheduled deadline of September 20, 2007. Upon consideration of Defendants' request, the Court **DENIES** Defendants' Motion.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: October 19, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 19, 2007.

                                                    s/Denise Goodine
                                                    Case Manager